**THERASENSE, INC. (now known as Abbott Diabetes Care, Inc.) and Abbott Laboratories, Plaintiffs–Appellants,**

v.

**BECTON, DICKINSON AND COMPANY, and Nova Biomedical Corporation, Defendants–Cross Appellants.**

**Therasense, Inc. (now known as Abbott Diabetes Care, Inc.) and Abbott Laboratories, Plaintiffs–Appellees,**

v.

**Becton, Dickinson and Company, and Nova Biomedical Corporation, Defendants–Appellants.**

Nos. 2009–1008 to 2009–1010, 2009–1034 to 2009–1037, 2009–1050.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2009.

ON MOTION

*ORDER*

Becton, Dickinson and Company and Nova Biomedical Corporation move without opposition to voluntarily dismiss their appeal 2009–1050.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs for 2009–1050.

(3) The revised official caption for 2009–1008 et al. is reflected above.